**Order entered May 4, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01433-CV

## JACOB OLIVER, Appellant

## V.

## ELINOR ROWAN, ROY ROWAN, AND JULIE ROWAN, Appellees

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-06001**

## ORDER

Before the Court is appellant's April 30, 2020 motion to extend time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than May 8, 2020.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE